UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DYLAN FORD,<br>Plaintiff,<br>v.<br>RODNEYSE BICHOTTE-HERMELYN, *et al.*,<br>Defendants. | Case No. 3:26-cv-00320-MMD-CSD<br>ORDER |

Plaintiff Dylan Ford filed a *pro se* complaint (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation (ECF No. 7 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss the Complaint without prejudice. Plaintiff had until September 23, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Denney issued an order on July 22 directing Plaintiff to file an amended complaint as the original complaint contains no factual allegations. (ECF No. 4 at 3 (citing ECF No. 1-1).) Judge Denney further directed Plaintiff to update his address with the Court as the advisory letter mailed to Plaintiff was returned as undeliverable. (*Id.* at 3-4 (citing ECF Nos. 2, 3).) Judge Denney cautioned Plaintiff that failure to comply with these instructions would result in a recommendation for dismissal of this action. (ECF No. 4 at 4.) The July 22 order and the R&R were both returned as undeliverable (ECF Nos. 6, 8.) Because Plaintiff failed to

update his address or file an amended complaint, the Court agrees with Judge Denney that the Complaint should be dismissed without prejudice. (ECF No. 7 at 1.)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

The Clerk of Court is directed to close this case accordingly.

DATED THIS 28th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE